1  RICHARD E. QUINTILONE II (SBN 200995)
   ANDREW H. HAAS (SBN 276143)
2  GEORGE A. ALOUPAS (SBN 313112)
   **QUINTILONE & ASSOCIATES**
3  22974 El Toro Road, Suite 100
   Lake Forest, CA 92630
4  Telephone: (949) 458-9675
   Facsimile: (949) 458-9679
5  E-Mail: req@quintlaw.com; ahh@quintlaw.com; gaa@quintlaw.com

6  Attorneys for Plaintiff, JENNIFER WARD, an individual, on behalf of herself and all others similarly situated

7  THOMAS E. GEIDT (SBN 80955)
   GBG LLP
8  601 Montgomery St., Ste. 1150
   San Francisco, CA 94111
9  Telephone: (415) 603-5003
   Facsimile: (415) 840-7210
10 Email: tomgeidt@gbgllp.com

11 Attorney for Defendant, SUTTER VALLEY HOSPITALS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WARD, an individual, on behalf of herself and all others similarly situated<br><br>    Plaintiff,<br>v.<br><br>SUTTER VALLEY HOSPITALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:19-CV-00581-KJM-AC<br><br>**CLASS ACTION**<br><br>**Assigned For All Purposes To:**<br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER RE JOINT STIPULATION AND AGREEMENT FOR TOLLING OF FLSA CLAIMS**<br><br>**Complaint Filed: February 13, 2019** |

# **ORDER**

The Court has reviewed the above Joint Stipulation and Agreement for Tolling of Fair Labor Standards Act ("FLSA") Claims ("Joint Stipulation") submitted by Plaintiff, Jennifer Ward ("Plaintiff"), on behalf of herself and other similarly situated employees of Defendant Sutter Valley Hospitals ("Defendant") (collectively, "the Parties").

With GOOD CAUSE appearing, and pursuant to the Parties' Joint Stipulation, the Court hereby ORDERS that the Joint Stipulation is entered consistent with the terms and the Parties' agreement as set forth above.

**IT IS SO ORDERED**.

DATED: May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE