RICHARD E. QUINTILONE II (SBN 200995)
ANDREW H. HAAS (SBN 276143)
ALEJANDRO QUINONES (SBN 324244)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
LAKE FOREST, CA 92630
TELEPHONE: (949) 458-9675
FACSIMILE: (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM; AHH@QUINTLAW.COM; AXQ@QUINTLAW.COM

Attorneys for Plaintiff, JENNIFER WARD, an individual, on behalf of herself and all others similarly situated

THOMAS E. GEIDT (SBN 80955)
GBG LLP
601 MONTGOMERY ST., STE. 1150
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 603-5003
FACSIMILE: (415) 840-7210
EMAIL: TOMGEIDT@GBGLLP.COM

Attorney for Defendant, SUTTER VALLEY HOSPITALS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WARD, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br>v.<br><br>SUTTER VALLEY HOSPITALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-00581-KJM-AC<br><br>**CLASS ACTION**<br><br>**Assigned For All Purposes To:**<br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**JOINT STIPULATION AND AGREEMENT FOR TOLLING OF FLSA CLAIMS**<br><br>**Complaint Filed: February 13, 2019** |

# **ORDER**

The Court has reviewed the above Joint Stipulation and Agreement for Tolling of Fair Labor Standards Act ("FLSA") Claims ("Joint Stipulation") submitted by Plaintiff, Jennifer Ward ("Plaintiff"), on behalf of herself and other similarly situated employees of Defendant Sutter Valley Hospitals ("Defendant") (collectively, "the Parties").

With GOOD CAUSE appearing, and pursuant to the Parties' Joint Stipulation, the Court hereby ORDERS that the Joint Stipulation is entered consistent with the terms and the Parties' agreement to toll the FLSA claims to **December 15, 2019** as set forth above.

**IT IS SO ORDERED**.

Dated: July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE