RICHARD E. QUINTILONE II (SBN 200995)
ALEJANDRO QUINONES (SBN 324244)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
LAKE FOREST, CA 92630
TELEPHONE: (949) 458-9675
FACSIMILE: (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM; AXQ@QUINTLAW.COM

Attorneys for Plaintiff, JENNIFER WARD on behalf of herself and on behalf of a Class of all other persons similarly situated.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WARD, an individual, on behalf of herself and all others similarly situated<br><br>     Plaintiff,<br><br>  vs.<br><br>SUTTER VALLEY HOSPITALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>     Defendants. | **Case No.: 2:19-CV-00581-KJM-AC**<br><br>**CLASS ACTION**<br>**Assigned For All Purposes To:**<br>**Hon. Kimberly J. Mueller**<br><br>**ORDER ON JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER**<br><br>[Filed Concurrently with Joint Stipulation.]<br><br><br><br>Complaint Filed: February 13, 2019 |

-1-

ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

88740405.1

## **ORDER**

The Court has reviewed the Parties' Joint Stipulation and Request to Modify the Scheduling Order in this matter. Good cause having been shown, the Court herby **ORDERS**, pursuant to the Stipulation, that:

1. The deadline for Plaintiff to file her class and/or collective certification motions is rescheduled from April 2, 2020 to October 2, 2020;

2. The deadline for Defendant to oppose the certification motions is rescheduled from May 29, 2020 to December 3, 2020;

3. The deadline for Plaintiff to file her reply papers on the certification motions is rescheduled from July 10, 2020 to January 12, 2021;

4. The hearing on the certification motions is rescheduled from August 7, 2020 to February 12, 2021, at a.m.;

5. The discovery cutoff deadline for pre-certification discovery is extended from March 2, 2020 to September 2, 2020, and

6. Plaintiff's pending motion and *ex parte* application to modify the case management dates are withdrawn.

   **IT IS SO ORDERED.**

Dated: March 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

88740405.1