RICHARD E. QUINTILONE II (SBN 200995)
ALEJANDRO QUINONES (SBN 324244)
QUINTILONE & ASSOCIATES
22974 El Toro Road, Suite 100
Lake Forest, CA 92630
Tel.: (949) 458-9675
Fax: (949) 458-9679
req@quintlaw.com; axq@quintlaw.com

Attorneys for Plaintiffs JENNIFER WARD and SACORA BESABE, on behalf of themselves and all others similarly situated

THOMAS E. GEIDT (SB# 080955)
KACIE L. MANISCO (SB# 294242)
tomgeidt@gbgllp.com
kaciemanisco@gbgllp.com
GBG LLP
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

Attorneys for Defendant, SUTTER VALLEY HOSPITALS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WARD, an individual, SACORA BESABE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER VALLEY HOSPITALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 2:19-CV-00581-KJM-AC**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE: TOLLING AGREEMENT AND CONDITIONAL FLSA CERTIFICATION MOTION**<br><br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller<br><br>Complaint Filed: February 13, 2019<br>Removed: April 3, 2019<br>Trial Date: Not Set |

**STIPULATION**

This Stipulation is entered into by and between Plaintiffs Jennifer Ward and Sacora Besabe, on behalf of themselves and others similarly situated ("Plaintiffs") and Defendant Sutter Valley Hospitals ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, as follows:

WHEREAS, Plaintiffs' counsel notified Defendant's counsel of Plaintiffs' intent to file a conditional Fair Labor Standards Act ("FLSA") collective certification motion in advance of the deadline (January 13, 2021) currently set in the Court's Scheduling Order, as amended (ECF No. 27) for the filing of class and collective certification motions, designed to expedite the tolling period for employees of the putative collective group who wish to consent to opt in to the FLSA claims in this litigation; and

WHEREAS, the Parties previously stipulated that the FLSA statute of limitations could be tolled from February 13, 2019 to December 15, 2019, for all persons in the putative FLSA collective class, and this stipulation was approved by the Court; and

WHEREAS, counsel for the Parties have met and conferred regarding Plaintiffs' proposed motion for conditional FLSA certification and have agreed on a resolution that would obviate the need for the filing of Plaintiffs' conditional certification motion prior to the filing of the class and collective certification motions;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows, subject to the approval of the Court:

1. Defendant agrees that the FLSA tolling period shall be extended retroactively from December 15, 2019 to the deadline currently set by the Court for the filing of class and collective certification motions in this matter, January 13, 2021, under the same terms and conditions as the Parties' prior tolling agreement, contingent upon Plaintiff's adherence to Paragraph 2 below.

2. In return for Defendant's agreement to extend the tolling period, Plaintiffs will forego the filing of any conditional FLSA certification motion, or the filing of any other FLSA claims or actions against Defendant, between the date of this Stipulation and January 13, 2021.

3. This tolling agreement shall terminate on January 13, 2021, unless it is extended by the Parties in writing. If for any reason the current January 13, 2021 deadline for the filing of class and collective certification motions is postponed by the Court to a later date, the Parties will meet and confer at that time about a possible extension of the tolling period beyond January 13, 2021.

IT IS SO STIPULATED:

DATED: August 4, 2020    QUINTILONE & ASSOCIATES

BY: *s/ Richard E. Quintilone*
RICHARD E. QUINTILONE

Attorneys for Plaintiffs
JENNIFER WARD and SACORA BESABE

DATED: August 4, 2020    GBG LLP

BY: *s/ Thomas E. Geidt*
THOMAS E. GEIDT

Attorneys for Defendant
SUTTER VALLEY HOSPITALS

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:

DATED: August 12, 2020.

CHIEF UNITED STATES DISTRICT JUDGE