1  RICHARD E. QUINTILONE II (SBN 200995)
   JEFFREY T. GREEN (SBN 330065)
2  **QUINTILONE & ASSOCIATES**
   22974 El Toro Road, Suite 100
3  Lake Forest, CA 92630
   Tel.: (949) 458-9675
4  Fax: (949) 458-9679
   req@quintlaw.com; jtg@quintlaw.com
5
   Attorneys for Plaintiff, JENNIFER WARD and SACORA BESABE, on behalf of themselves and all
6  others similarly situated

7  THOMAS E. GEIDT (SBN 80955)
   KACIE L. ZANASSI (SBN 294242)
8  GBG LLP
   601 MONTGOMERY ST., STE. 1150
9  SAN FRANCISCO, CA 94111
   Tel.: (415) 603-5003
10 Fax.: (415) 840-7210
   tomgeidt@gbgllp.com;
11 kaciezanassimanisco@gbgllp.com

12 Attorney for Defendant, SUTTER VALLEY HOSPITALS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WARD, an individual, SACORA BESABE, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUTTER VALLEY HOSPITALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 2:19-CV-00581-KJM-AC<br><br><u>CLASS ACTION</u><br><u>Assigned For All Purposes To:</u><br>Hon. Kimberly J. Mueller<br><br>**ORDER ON JOINT   STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER**<br><br>[Filed Concurrently with Joint Stipulation.]<br><br>**Complaint Filed:** February 13, 2019 |

# ORDER

The Court has reviewed the Parties' Joint Stipulation and Request to Modify the Scheduling Order in this matter. Good cause having been shown, the Court herby **ORDERS**, pursuant to the Stipulation, that:

1. The deadline for Plaintiff to file her class and/or collective certification motions is rescheduled from **January 31, 2021** to **April 21, 2021**;

2. The deadline for Defendant to oppose the certification motions is rescheduled from **March 12, 2021** to **June 23, 2021**;

3. The deadline for Plaintiff to file her reply papers on the certification motions is rescheduled from **April 23, 2021** to **July 22, 2021**;

4. The hearing on the certification motions is rescheduled from **May 21, 2020** to **August 27, 2021**, at 10:00 AM; and

5. The discovery cutoff deadline for pre-certification discovery is extended from **December 11, 2021** to **March 21, 2021** solely to permit the completion of Plaintiff's pending deposition notices and discovery requests, in accordance with the Parties' accompanying Joint Stipulation filed herewith, unless the Parties stipulate and agree otherwise.

6. Pursuant to their Stipulation, the Parties' FLSA tolling agreement shall be extended from January 13, 2021 to April 21, 2021, on the same terms and conditions as their existing tolling agreement.

IT IS SO ORDERED.

Dated: December 28, 2020

CHIEF UNITED STATES DISTRICT JUDGE