UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Ward, et al., | No. 2:19-cv-00581-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Sutter Valley Hospitals, | |
| Defendant. | |

The court is in receipt of defendant's motion for administrative relief, ECF No. 81, to suspend briefing schedule for plaintiffs' renewed motion for class and collective certification, ECF Nos. 74 & 75, pending resolution of defendant's motion to strike, ECF 80. Plaintiffs oppose, ECF No. 82. For the reasons below, the court **grants** defendant's motion for administrative relief.

Under the scheduling order in this case, the last day to file a motion for class and collective certification was April 30, 2021. ECF No. 42 at 4. The court denied plaintiffs' initial motion for class and collective certification without prejudice on July 18, 2022. ECF No. 66. On November 11, 2022, plaintiffs filed their renewed motion for class and collective certification. ECF Nos. 74 & 75. Defendants filed a motion to strike the renewed motion for various reasons, including plaintiffs' non-compliance with the court's scheduling and standing orders. *See* ECF No. 80.

      Here, plaintiffs did not seek leave to file the renewed motion for class classification, nor have they shown good cause to modify the scheduling order; plaintiffs also have not satisfied the meet-and-confer certification requirement under this court's standing order.  *See generally* ECF Nos. 74 & 75; *see also* ECF No. 5-1 at 3.  Plaintiffs' opposition here does not explain these deficiencies regarding their renewed motion.  *See* ECF No. 82 (not addressing the scheduling order issue or the meet-and-confer certification issue related to their renewed motion).  In the interests of judicial economy, the court will resolve defendant's motion to strike before considering plaintiffs' renewed motion for class and collective certification.

      Accordingly, the court **grants** defendant's motion for administrative relief.  ECF No. 81.  The hearing for plaintiffs' renewed motion for class and collective certification, ECF Nos. 74 & 75, set for January 27, 2023 is **vacated**, along with all briefing deadlines associated with the renewed motion.  The court, however, will still hear defendant's motion to strike, ECF No. 80, on January 27, 2023, and briefing deadlines associated with that motion remain unchanged.  If the court denies defendant's motion to strike, the court will schedule further deadlines related to plaintiffs' renewed motion.

      This order resolves ECF No. 81.

      IT IS SO ORDERED.

DATED:  December 5, 2022.

CHIEF UNITED STATES DISTRICT JUDGE