UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Ward, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>Sutter Valley Hospitals, et al.,<br><br>           Defendants. | No. 2:19-cv-00581-KJM-AC<br><br>ORDER |

The court has reviewed the parties' joint report on scheduling and orders as follows:

- Expert disclosure deadline: July 14, 2023
- Expert rebuttal disclosure deadline: August 3, 2023
- Fact discovery deadline: October 6, 2023
- Expert discovery deadline: November 13, 2023
- Dispositive motion hearing deadline: March 8, 2024
- By November 13, 2023, the parties are directed to file a joint report on the status of any private mediation or settlement discussions and whether the parties request a referral to the court's Voluntary Dispute Resolution Program (VDRP) or a court-convened settlement conference.

IT IS SO ORDERED.

DATED: May 1, 2023.

CHIEF UNITED STATES DISTRICT JUDGE