RICHARD E. QUINTILONE II (SBN 200995)
**QUINTILONE & ASSOCIATES**
22974 El Toro Road, Suite 100
Lake Forest, CA 92630
Tel.: (949) 458-9675
Fax: (949) 458-9679
req@quintlaw.com
Attorney for Plaintiffs
JENNIFER WARD and SACORA BESABE,
on behalf of themselves and all others similarly situated
[*Additional Counsel on Following Page*]

THOMAS E. GEIDT (SB# 080955)
TERESA W. GHALI (SB# 252961)
AMANDA OSOWSKI (SB# 317843)
tomgeidt@gbgllp.com
teresaghali@gbgllp.com
amandaosowski@gbgllp.com
GBG LLP
601 Montgomery Street, Suite 840
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

Attorneys for Defendant
SUTTER VALLEY HOSPITALS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WARD, an individual, SACORA BESABE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER VALLEY HOSPITALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00581-KJM-AC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT DEADLINES PENDING MEDIATION**<br><br>Judge:   Hon. Kimberly J. Mueller<br>Courtroom: 3<br><br>Complaint Filed: February 13, 2019<br>Removed: April 3, 2019<br>Trial Date: Not Set |

1  DAVID R. MARKHAM (SBN 071814)
   MAGGIE REALIN (SBN 263639)
2  LISA R. BREVARD (SBN 323391)
   **THE MARKHAM LAW FIRM**
3  888 PROSPECT STREET, SUITE 200
   LA JOLLA, CA 92037
4  TELEPHONE: (619) 399-3995
   FACSIMILE: (619) 615-2067
5  EMAIL: DMARKHAM@MARKHAM-LAW.COM;
   MREALIN@MARKHAM-LAW.COM;
6  LBREVARD@MARKHAM-LAW.COM

7  Additional attorneys for Plaintiffs,
   JENNIFER WARD and SACORA BESABE
8  on behalf of themselves and all others similarly situated

Plaintiffs Jennifer Ward and Sacora Besabe ("Plaintiffs") and Defendant Sutter Valley Hospitals ("Defendant," collectively, "the Parties") submit the following Joint Stipulation and [Proposed] Order to Continue Case Management Dates Pending Mediation.

WHEREAS, following the Parties' joint case management statement and Court's order dated May 1, 2023, the case management deadlines were set as follows:

| Expert Disclosure Deadline[1] | July 14, 2023 |
| --- | --- |
| Expert Rebuttal Disclosure Deadline | August 3, 2023 |
| Fact Discovery Deadline | October 6, 2023 |
| Expert Discovery Deadline | November 13, 2023 |
| Deadline to Report on Private Mediation | November 13, 2023 |
| Dispositive Motion Hearing Deadline | March 8, 2024 |

Dkt. No. 95.

WHEREAS, in the past few months, the Parties have been engaged in discussions regarding potential mediation. The Parties have now agreed to attend mediation and secured a mediation date for February 1, 2024 (first available) with Michael Dickstein, Esq. The Parties have agreed to an informal exchange of information and data prior to the mediation session.

WHEREAS, based on the pending mediation date, to conserve judicial resources and focus the Parties' efforts to resolution of this case, the Parties request that the Court continue the existing case management deadlines until 90 days following the scheduled mediation session.

The Parties propose the following revised schedule:

---

[1] While the Parties engaged in discussions regarding potential mediation, the Parties agreed to extend the disclosure and rebuttal disclosure deadlines via email (with the current deadline September 13, 2023). The Parties would now request the Court reset these deadlines, along with other pending deadlines, for after the scheduled mediation session.

| Expert Disclosure Deadline | May 1, 2024 |
|---|---|
| Expert Rebuttal Disclosure Deadline | May 22, 2024 |
| Fact Discovery Deadline | July 22, 2024 |
| Expert Discovery Deadline | August 26, 2024 |
| Dispositive Motion Hearing Deadline | December 18, 2024 |

WHEREAS, the Parties additionally agree to file a joint report regarding mediation within seven (7) calendar days following the mediation session, or by February 8, 2024. In the event a settlement is reached, the Parties will promptly file a notice of settlement.

DATED: August 18, 2023     **QUINTILONE & ASSOCIATES**
                           **THE MARKHAM LAW FIRM**


                           BY:  */s/ Lisa Brevard*
                           Lisa Brevard
                           Attorney for Plaintiffs
                           JENNIFER WARD and SACORA
                           BESABE


DATED: August 18, 2023     **GBG LLP**


                           BY:  */s/ Teresa Ghali*
                           Teresa Ghali
                           Attorney for Defendant
                           SUTTER VALLEY HOSPITALS


I attest that all signatories listed above, and on whose behalf this Joint Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

          */s/ Lisa Brevard*
           LISA BREVARD

# ORDER

WHEREAS, based on the foregoing stipulation, and good cause appearing, the Court grants the parties' request in part and continues the existing case management deadlines until approximately 60 days following the Parties' mediation session, as follows:

| | |
|---|---|
| Expert Disclosure Deadline | April 1, 2024 |
| Expert Rebuttal Disclosure Deadline | April 22, 2024 |
| Fact Discovery Deadline | June 22, 2024 |
| Expert Discovery Deadline | July 26, 2024 |
| Dispositive Motion Hearing Deadline | November 18, 2024 |

The Parties shall file a joint report regarding mediation within seven (7) calendar days following the mediation session, or by February 8, 2024. In the event a settlement is reached, the Parties will promptly file a notice of settlement.

**IT IS SO ORDERED.**

DATED: August 29, 2023.

CHIEF UNITED STATES DISTRICT JUDGE