**THE MARKHAM LAW FIRM**
David R. Markham (SBN 71814)
dmarkham@markham-law.com
Lisa R. Brevard (SBN 323391)
lbrevard@markham-law.com
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (619) 399-3995/Facsimile: (619) 615-2067

**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Maggie K. Realin (SBN 263639)
mrealin@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WARD, an individual, SACORA BESABE, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUTTER VALLEY HOSPITALS, a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00581-KJM-AC<br>CLASS ACTION<br><br>The Honorable Kimberly J. Mueller<br>Courtroom 3<br><br>**STIPULATION TO REMAND ACTION FOR SETTLEMENT PURPOSES and ORDER**<br><br>Action filed:　　February 13, 2019<br>Action removed:　April 3, 2019<br>Trial date:　　　Not set |

Stipulation to Remand Action for Settlement Purposes and Order; No. 2:19-cv-00581-KJM-AC

**TO THE HONORABLE COURT:**

Plaintiffs Jennifer Ward and Sacora Besabe ("Plaintiffs") and Defendant Sutter Valley Hospitals ("Defendant") (collectively, the "Parties"), through counsel of record, for settlement purposes only, stipulate to and request an order remanding this action to the Superior Court of California, County of Sacramento, Case No. 34-2020-00279954-CU-OE-GDS, on the following basis:

On February 13, 2019, Plaintiff Jennifer Ward filed a class action complaint against Defendant in the Sacramento Superior Court alleging causes of action for Defendant's failure to pay wages for all time worked, including minimum and overtime wages, to provide compliant rest and meal periods, to provide accurate itemized wage statements, to pay all wages due during employment and at separation from employment, and for violation of California's Unfair Competition Law. On April 3, 2019, the action was removed to this Court. On June 2, 2020, Plaintiff filed an amended class action complaint adding Sacora Besabe as a named Plaintiff and a cause of action for Defendant's failure to reimburse business-related expenses ("Ward Class Action").

On June 4, 2020, Plaintiff Jennifer Ward filed the PAGA Representative Action Complaint under the Private Attorneys General Act ("PAGA"), Labor Code sections 2698, *et seq.*, against Defendant in the Sacramento Superior Court, Case No. 34-2020-00279954-CU-OE-GDS, seeking PAGA Civil Penalties for Defendant's failure to pay wages for all time worked, including minimum and overtime wages, to reimburse business-related expenses, to provide compliant rest and meal periods, to provide accurate itemized wage statements, and to pay all wages due at separation from employment ("Ward PAGA Action").

On February 1, 2024, the Parties in this action and the Ward PAGA Action (collectively, "the Actions") engaged in good faith, arms'-length negotiations and, after a full day of mediation facilitated by Michael E. Dickstein, reached agreement on the principal terms of the proposed settlement of both the Actions, which will ultimately require court approval.

The Parties have further agreed that the settlement is more appropriately resolved in the Superior Court of California, County of Sacramento, where the Ward PAGA Action has been

pending.

WHEREFORE, the Parties hereby stipulate that good cause exists to remand the settled action to Superior Court of California, County of Sacramento, Case No. 34-2020-00279954-CU-OE-GDS, for settlement purposes only. This stipulation is without prejudice to rights, claims, defenses and arguments of all parties.

**SO STIPLULATED.**

THE MARKHAM LAW FIRM

Dated: July 3, 2024   By: /s/ Lisa Brevard
David R. Markham
Lisa Brevard

Attorneys for Plaintiff JENNIFER WARD

GBG LLP

Dated: July 3, 2024   By: /s/ Thomas E. Geidt
Thomas E. Geidt
Teresa W. Ghali
Attorneys for Defendant SUTTER VALLEY HOSPITALS

**ORDER**

On June 27, 2024, the Parties to the above-referenced Class Action filed a Stipulation to Remand Action for Settlement Purposes. The Court having reviewed the stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved; and

2. This action is hereby remanded to the Superior Court of California, County of Sacramento, Case No. 34-2020-00279954-CU-OE-GDS.

**IT IS SO ORDERED.**

DATED: July 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE